# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CRIMINAL NO. **B-18-673** |
| **MARCO PESQUERA** | § | |
| **NORMA LINDA VEGA** | | |
| **SAUL ATKINSON** | § | |
| **GWENDOLYN SALDIVAR** | | |

## UNOPPOSED MOTION TO RE-ASSIGN

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW RYAN K. PATRICK, United States Attorney for the Southern District of Texas, by and through William F. Hagen, Assistant United States Attorney, and states as follows:

The United States requests that the case in the above captioned style be reassigned to Honorable Rolando Olvera. This case is related to U.S. vs. Favian Anthony Vega, Criminal Case Number B-17-361, B-18-072 and to U.S. vs. Silvano Cristiano, Criminal Case Number B-17-362, which are assigned to the Honorable Rolando Olvera. Favian Anthony Vega and Silvano Cristiano have entered guilty pleas and are awaiting sentencing. The charges against all defendants arise from the same conspiracy.

Wherefore, premises considered, the United States prays that its motion be granted.

Respectfully submitted,

RYAN K. PATRICK
UNITED STATES ATTORNEY

s/ *William F. Hagen*
WILLIAM F. HAGEN
ASSISTANT UNITED STATES ATTORNEY
Federal Bar#: 28261
State Bar #: 08688600
600 E. Harrison, Suite 201
Brownsville, Texas 78520-7114
(956) 548-2554 Tel.
(956) 548-2711 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on this the **12th** day of **SEPTEMBER**, 2018, a copy of Government's Unopposed Motion to Re-assign was electronically delivered to Mr. Chip Lewis, Attorney at Law, Oliver Brown, Attorney at Law, and Reynaldo Garza, III, Attorney at Law.

s/ *William F. Hagen*
WILLIAM F. HAGEN
ASSISTANT UNITED STATES ATTORNEY

## CERTIFICATE OF CONFERENCE

The offices of Mr. Chip Lewis, Oliver Brown, Reynaldo Garza, III, Attorneys at Law, were consulted on or about the **10th** day of **SEPTEMBER**, 2018, and they are not opposed to the granting of this motion.

s/ *William F. Hagen*
WILLIAM F. HAGEN
ASSISTANT UNITED STATES ATTORNEY