UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-CR-673-4 |
|---|---|---|---|

USA

*versus*

Gwendolyn Saldivar

*United States District Court*
*Southern District of Texas*
*FILED*
*SEP 2 4 2018*
*David J. Bradley, Clerk of Court*

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Paul S. Kish<br>Kish Law LLC<br>225 Peachtree Street NE, 1700 South Tower<br>Atlanta, Georgia 30303<br>(404) 207-1338, paul@kishlawllc.com<br>Georgia, 424277 |
|---|---|

| Name of party applicant seeks to appear for: | Gwendolyn Saldivar |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __     __ No __X__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 9-24-18 | Signed: *Paul J. Kish with permission* |
|---|---|

| The state bar reports that the applicant's status is: Active | |
|---|---|
| Dated: 9-24-18 | Clerk's signature |

### Order

**This lawyer is admitted *pro hac vice*.**

Dated: _____        _____
                                                                  United States District Judge